930 P.2d 1016

# SUPREME COURT OF HAWAI'I

**Order No. 97–1**
**January 13, 1997**

| | | |
|---|---|---|
| 17603 | State v. Nakamura | Affirmed |
| 17678 | State v. Smith | Affirmed |
| 18390 | State v. Jernigan | Affirmed |
| 18683 | State v. Nguyen | Affirmed |
| 19173 | State v. Wright | Affirmed |
| 19760 | State v. Cromwell | Affirmed |
| 19979 | County of Hawai'i v. Rapoza | Affirmed |

**Order No. 97–2**
**January 13, 1997**

| | | |
|---|---|---|
| 19046, 19046 | State v. Robinson | Affirmed |

**Order No. 97–3**
**January 14, 1997**

| | | |
|---|---|---|
| 16150 | O'Neal v. Chevron U.S.A., Inc. | Affirmed |

**Order No. 97–4**
**January 22, 1997**

| | | |
|---|---|---|
| 18860 | State v. Sasaki | Affirmed |

**Order No. 97–5**
**January 23, 1997**

| | | |
|---|---|---|
| 18667 | Tax Appeal of King University Associates, In re | Affirmed |
| 18730 | State v. Reinhardt | Affirmed |
| 18776 | State v. Mason | Affirmed |